The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERCER PUBLISHING, INC., MICHAEL HUBBARD and RACHEL HUBBARD, husband and wife, and the marital community comprised therein,<br><br>               Plaintiffs,<br><br>   v.<br><br>THE RIVERSIDE PUBLISHING COMPANY, HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and DR. DAVID F. LOHMAN,<br><br>               Defendants. | No. 2:12-cv-02170-RAJ<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## **STIPULATION**

The parties hereto, by and through their attorneys, stipulate that, the matter having been fully compromised and settled, this action and all claims by any party herein shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (2:12-cv-02170-RAJ) — 1
DWT 22087030v1 0096293-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 21st day of June, 2013.

| Davis Wright Tremaine LLP | Lybeck Murphy LLP |
|---|---|
| Attorneys for The Riverside Publishing Company, Houghton Mifflin Harcourt Publishing Company and Dr. David F. Lohman | Attorneys for Mercer Publishing, Inc., Michael Hubbard and Rachel Hubbard |

By s/Stuart R. Dunwoody
   Stuart R. Dunwoody, WSBA #13948
   Angela C. Galloway, WSBA #45330

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: (206) 757-8034
Fax: (206) 757-7034
Email: stuartdunwoody@dwt.com
Email: angelagalloway@dwt.com

By s/Lory R. Lybeck
   Lory R. Lybeck, WSBA #14222
   Benjamin R. Justus, WSBA #38855

Lybeck Murphy, LLP
Chase Bank Building, Fifth Floor
7900 S.E. 28th Street
Mercer Island, WA 98040
Tel: (206) 230-4255
Fax: (206) 230-7791
Email: lrl@lybeckmurphy.com
Emal: brj@lybeckmurphy.com

## **ORDER**

Upon the foregoing stipulation, it is hereby

ORDERED that all claims herein are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this _____ day of June 2013.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (2:12-cv-02170-RAJ) — 2
DWT 22087030v1 0096293-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Presented by:

Davis Wright Tremaine LLP
Attorneys for The Riverside Publishing Company,
Houghton Mifflin Harcourt Publishing Company
and Dr. David F. Lohman


By s/Stuart R. Dunwoody
    Stuart R. Dunwoody, WSBA #13948
    Angela C. Galloway, WSBA #45330

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel:  (206) 757-8034
Fax:  (206) 757-7034
Email:  stuartdunwoody@dwt.com
Email:  angelagalloway@dwt.com

Approved as to Form;
Notice of Presentation Waived:

Lybeck Murphy LLP
Attorneys for Mercer Publishing, Inc.,
Michael Hubbard and Rachel Hubbard


By s/Lory R. Lybeck
    Lory R. Lybeck, WSBA #14222
    Benjamin R. Justus, WSBA #38855

Chase Bank Building, Fifth Floor
7900 S.E. 28th Street
Mercer Island, WA 98040
Tel:  (206) 230-4255
Fax:  (206) 230-7791
Email:  lrl@lybeckmurphy.com
Email:  brj@lybeckmurphy.com

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (2:12-cv-02170-RAJ) — 3
DWT 22087030v1 0096293-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of June, 2013, I electronically filed the foregoing with the court using the CM/ECF system and I caused to be served a true and correct copy of the following document(s) by the method indicated below and addressed as follows:

Stipulation and Order of Dismissal with Prejudice

| | |
|---|---|
| Lory R. Lybeck | _____ U.S. Mail |
| Benjamin R. Justus | _____ Hand Delivery |
| Lybeck Murphy, LLP | _____ Overnight Mail |
| Chase Bank Building, Fifth Floor | _____ Facsimile |
| 7900 S.E. 28th Street | \_\_\_x\_\_ CM/ECF Notification |
| Mercer Island, WA 98040 | _____ Email |
| Tel:  (206) 230-4255 | |
| Fax:  (206) 230-7791 | |
| Email:  lrl@lybeckmurphy.com | |
| Email:  brj@lybeckmurphy.com | |

DATED this 21st day of June, 2013.

s/Stuart R. Dunwoody_____
Stuart R. Dunwoody

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE (2:12-cv-02170-RAJ) — 4
DWT 22087030v1 0096293-000002

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax